# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1940

———————————————

PAUL STILL,

    Appellant,

v.

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

    Appellee.

———————————————

On appeal from the Suwannee River Water Management District.

April 23, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Paul Still, pro se, Appellant.

Mark A. Emanuele and Sheryl S. Natelson of Lydecker Diaz, Miami, for Appellee.